UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 17-05586 AFM**                                       Date:  **February 5, 2018**

Title    **Shyris Sullivan v. Nancy A. Berryhill**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

Pursuant to the Order Re Procedures in Social Security Appeal, Plaintiff's Memorandum in Support of Complaint was due 35 days after the filing of the Answer. (ECF No. 9.) Defendant's Answer was filed on December 20, 2017. (ECF No. 16.) The docket shows that, as late as the date of this Order, plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed. If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant. The filing of a Plaintiff's Memorandum in Support of Complaint within 20 days shall discharge the order to show cause.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |